017-019-1

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SYMBOLY INNOVATIONS, LLC ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 2016-CV-010743 |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| FIRST NATIONAL BANK OF OMAHA ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Symbology Innovations LLC, pursuant to Fed. R. Civ. P. 41 (a), hereby provides notice that it dismisses all of its claims in this action WITH PREJUDICE. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: February 17, 2017

By: **/s/ Frank Andreou**
Frank Andreou (6228760)
Andreou & Casson, Ltd.
661 West Lake Street
Suite 2 North
Chicago, Illinois 60661-1034
Tel (312) 935-2000
Fax (312) 935-2001

/s/ Eugenio J. Torres-Oyola
Eugenio J. Torres-Oyola
Ferraiuoli LLC
221 Plaza, 5th Floor
221 Ponce de León Avenue
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: etorres@ferraiuoli.com

**ATTORNEYS FOR PLAINTIFF
SYMBOLOGY INNOVATIONS LLC**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing documents has been served on February 17, 2017, to all counsel of records who deemed to have consented to electronic service via the Court's CM/EFF system per Local Rule LR 5.5(b).

/s/ Eugenio J. Torres-Oyola<br>Eugenio J. Torres-Oyola